**Lisa STRICKLAND, Appellant,**

v.

**SAINT LUKES HEALTH SYSTEM, Appellee.**

No. 10–1195.

United States Court of Appeals, Eighth Circuit.

Submitted: May 28, 2010.

Filed: June 2, 2010.

Lisa Strickland, Kansas City, MO, pro se.

Jeffrey D. Hanslick, Traci Elizabeth Martin, Husch & Blackwell, Kansas City, MO, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Lisa Strickland appeals the district court's [1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and considered Strickland's arguments, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (de novo standard of review), we conclude summary judgment was proper for the reasons the district court stated. Accordingly, we affirm, and we grant appellee's motion to strike. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.